

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-20-00587-CV

**IN RE ANDERSON COLUMBIA CO., INC.**

Original Mandamus Proceeding[1]

**ORDER**

On December 4, 2020, relator filed a petition for writ of mandamus in this court. After considering the petition and the mandamus record, this court concludes relator did not show it is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 10, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-09-30070-MCV, styled *Jose Maria Mata, Individually and as Next Friend of Monica Gabriela Mata and on Behalf of the Estate of Martha Alicia Jimenez-Mata; Juan Gil Mata, Individually and as Next Friend of Juan Gilardo Mata, Gilberto Mata, Jose Maria Mata Jimenez, and Saira Moreno v. AECOM USA, INC., TCB, INC., Anderson Columbia Co., Inc., W.S Construction Co., and Bosquez Electric, LLC*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.